SCWC-15-0000309

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

AMERICAN SAVINGS BANK, F.S.B., a federal savings bank,
Respondent/Plaintiff-Appellee,

vs.

JOHNNY KINMAN CHAN; JEAN TOSHIKO CHAN; DIRECTOR OF TAXATION,
STATE OF HAWAIʻI; CAPITAL ONE BANK (USA) N.A.; HAWAIʻI HOUSING
FINANCE AND DEVELOPMENT CORPORATION, a Public Body and Corporate
Politic, Respondents/Defendants-Appellees,

and

VILLAGES OF KAPOLEI ASSOCIATION (incorrectly identified in the
caption as ASSOCIATION OF APARTMENT OWNERS OF THE VILLAGES OF
KAPOLEI), Petitioner/Defendant-Appellant.

(SCWC-15-0000309; CAAP-15-0000309; CIVIL NO. 13-1-0944)

_____

VILLAGES OF KAPOLEI ASSOCIATION, a Hawaiʻi non-profit
corporation, Petitioner/Plaintiff-Appellant,

vs.

JOHNNY KINMAN CHAN, JEAN TOSHIKO CHAN; FIRST BANK NATIONAL
ASSOCIATION; DEPARTMENT OF TAXATION, STATE OF HAWAIʻI; CAPITAL
ONE BANK (USA) N.A.; HAWAII HOUSING FINANCE AND DEVELOPMENT
CORPORATION, a Public Body and Body Corporate and Politic,
Respondents/Defendants-Cross-Claim Defendants-Appellees,

and

AMERICAN SAVINGS BANK, F.S.B., a federal savings bank,
Respondent/Defendant-Cross-Claimant-Appellee.

(SCWC-15-0000395; CAAP-15-0000395; CIVIL NO. 12-1-2466)
_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS

ORDER ACCEPTING APPLICATIONS FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner Defendant-Appellant/Plaintiff-Appellant Villages of Kapolei Association's applications for writ of certiorari filed on October 19, 2019 in SCWC-15-0000309 and October 21, 2019 in SCWC-15-0000395, are hereby accepted.

IT IS FURTHER ORDERED, that no oral argument will be heard in this case.  Any party may, within ten days and pursuant to Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move for retention of oral argument.

DATED:  Honolulu, Hawaiʻi, December 4, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna



/s/ Richard W. Pollack

/s/ Michael D. Wilson

2